UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. BANK NATIONAL ASSOCIATION,

       Plaintiff,

v.                                                                                      Case No. 13-C-0257

JEFFREY S. LONG,

       Defendant.

## ORDER

On July 3, 2014, the Court granted a motion for attorneys' fees, costs, and expenses brought by Plaintiff U.S. Bank National Association ("the Bank"). (ECF No. 30.) In the order, the Court concluded that the Bank was entitled to attorneys' fees of $53,285.00 and expenses of $8,513.85 pursuant to the "Continuing Guaranty (Unlimited)" given by Defendant Jeffrey S. Long and directed the Clerk to enter an amended judgment. However, an amended judgment is not entered for an award of costs and fees post-judgment. *See Budinich v. Becton Dickinson & Co.*, 486 U.S. 196, 202 (1988); *see also Exch. Nat'l Bank v. Daniels*, 763 F.2d 286, 293–94 (7th Cir. 1985). As a result, an amended judgment will not be entered. Rather, the fees and costs will be imposed by this order.

**THEREFORE IT IS ORDERED** that Defendant pay the Bank's reasonable attorneys' fees in the amount of $53,285.00 and costs in the amount of $8,513.85.

Dated this   8th   day of July, 2014.

                                              s/ William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court